# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL McAFEE, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:21-CV-0090 ACL ) |
| BILL STANGE, | ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

Petitioner moves for appointment of counsel. After considering the motion and the pleadings, the motion is denied without prejudice to refiling at a later time.

There is no constitutional or statutory right to appointed counsel in civil cases. *Nelson v. Redfield Lithograph Printing*, 728 F.2d 1003, 1004 (8th Cir. 1984). In determining whether to appoint counsel, the Court considers several factors, including (1) whether the petitioner has presented non-frivolous allegations supporting his or her prayer for relief; (2) whether the petitioner will substantially benefit from the appointment of counsel; (3) whether there is a need to further investigate and present the facts related to the petitioner's allegations; and (4) whether the factual and legal issues presented by the action are complex. *See Johnson v. Williams*, 788 F.2d 1319, 1322-23 (8th Cir. 1986); *Nelson*, 728 F.2d at 1005.

Petitioner has presented non-frivolous allegations in his complaint. However, he has demonstrated, at this point, that he can adequately present his claims to the Court. Additionally, neither the factual nor the legal issues in this case are complex. The Court will therefore deny petitioner's motion for counsel at this time.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for appointment of counsel [ECF #4] is **DENIED** without prejudice.

Dated this  22nd day of June, 2021.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE